AMERICAN SNUFF CO. v. OLD INDIAN SNUFF MILLS. (Circuit Court, S. D. New York. March 26, 1910.) Memorandum of decision upon motion for preliminary injunction. Wise & Lichtenstein, for complainant. Charles Dushkind, for defendant.

NOYES, Circuit Judge. In view of the conflicting affidavits, and of the decision in Weyman v. Soderberg, 108 Fed. 63, this case is too doubtful to warrant the issuance of a preliminary injunction. It cannot be said—to use the language of the complainant's brief—that "there is no doubt as to the final outcome of the case" and that the "complainant is bound to succeed." The motion for a preliminary injunction is denied.